1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone:  (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email:       darren.brenner@akerman.com
6               natalie.winslow@akerman.com

7  *Attorneys for Plaintiff The Bank of New York*
   *Mellon fka The Bank of New York, as Trustee*
8  *for the Certificateholders of CWMBS, Inc.,*
   *CHL Mortgage Passthrough Trust 2006-OA4,*
9  *Mortgage Pass-Through Certificates, Series*
   *2006-OA4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-OA4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA4,<br><br>Plaintiff,<br><br>vs.<br><br>WILLOW CREEK COMMUNITY ASSOCIATION; ICKWORTH COURT TRUST; AND RMI MANAGEMENT, LLC DBA RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No.:   2:16-cv-00717-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO RED ROCK FINANCIAL SERVICES, LLC'S MOTION TO DISMISS** |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-OA4, Mortgage Pass-Through Certificates, Series 2006-OA4 (**BNY**) and Red Rock Financial Services, LLC (**Red Rock**) stipulate and agree that BNY shall have until May 25, 2016 to file a response to Red Rock's motion to dismiss, which was due for filing on May 21, 2016.  Due to a calendaring error on BNY's end, the response was not timely filed.

1

Dated this 25th day of May, 2016.

**AKERMAN LLP**

_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Passthrough Trust 2006-OA4, Mortgage Pass-Through Certificates, Series 2006-OA4*

Dated this 25th day of May, 2016.

**KOCH & SCOW, LLC**

_____
STEVEN B. SCOW, ESQ.
Nevada Bar No. 9906
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052

*Attorneys for Defendant Red Rock Financial Services, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

**DATED:** May 31, 2016.

2