ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-OA4, Mortgage Pass-Through Certificates, Series 2006-OA4*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-OA4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA4,<br><br>Plaintiff,<br>vs.<br><br>WILLOW CREEK COMMUNITY ASSOCIATION; ICKWORTH COURT TRUST; AND RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00717-RFB-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| ICKWORTH COURT TRUST,<br><br>Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS- | |

1

62741079;1

THROUGH TRUST 2006-OA4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA4,

Counterdefendant.

TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Darren T. Brenner Esq. is no longer associated with the law firm of Akerman LLP. Counsel requests that Mr. Brenner be removed from the service list.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-OA4, Mortgage Pass-Through Certificates, Series 2006-OA4 in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq. and Nicholas E. Belay, Esq.

DATED this 22nd day of April, 2022

**AKERMAN LLP**

*/s/ Nicholas E. Belay Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: April 25, 2022

2

62741079;1